UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CODY VINCENT,** *Plaintiff,* | * * * | **CIVIL ACTION: 2:22-cv-05006** |
| **VERSUS** | * * | **JUDGE: JAMES D. CAIN, JR.** |
| **GEOVERA SPECIALTY CASUALTY COMPANY,** *Defendant.* | * * * | **MAGISTRATE JUDGE: KATHLEEN KAY** |

*************************************************************************

## JOINT MOTION AND ORDER FOR DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, CODY VINCENT and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and therefore should be dismissed, with full prejudice, each party to bear its own costs.

BY ATTORNEYS:

*/s/ Charles L. Chassaignac, IV*
**CHARLES L. CHASSAIGNAC, IV (#20746)**
**ELEANOR W. WALL (#29695)**
**EMILY S. MORRISON (#18351)**
**KENNEDY M. ROSE (#40036)**
Porteous, Hainkel & Johnson, L.L.P.
301 St. Charles Street
Baton Rouge, LA 70802
Telephone: (225) 383-8900

*Attorneys for Geovera Specialty Insurance Company*

*/s/ Mark R. Ladd*
**MARK R. LADD (#30847)**
**CHINWE NIDDI ONYENEKWU (#34013)**
Galindo Law Firm
3850 North Causeway Blvd., Suite 1520
Metairie, LA 70002
Telephone: (713) 228-3030

*Attorneys for Plaintiff, Cody Vincent*

1

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 8th day of December, 2023, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

/s/ Charles L. Chassaignac, IV
CHARLES L. CHASSAIGNAC, IV